Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
Telephone: (949) 502-2870
Facsimile: (949) 258-5081
Joanna Ardalan (Bar No. 285384)
jardalan@onellp.com
Telephone: (310) 437-8665
Facsimile: (310) 943-2085
**ONE LLP**
23 Corporate Plaza, Suite 150
Newport Beach, CA 92660

*Attorneys for Plaintiff,*
Backgrid USA, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BACKGRID USA, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>THE RAE CLIQUE, INC. a California corporation; ALEXIS NEWMAN, an individual and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-04251-SVW-MAR<br>Hon. Stephen V. Wilson<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(I)** |

---

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

...

**TO THE COURT:**

Notice is hereby given that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Backgrid USA, Inc. voluntarily dismisses the above-captioned action with prejudice, with each side to bear its own attorneys' fees and costs.

Dated: September 15, 2022　　　　　　　**ONE LLP**

　　　　　　　　　　　　　　　　　　　By: */s/ Joanna Ardalan*
　　　　　　　　　　　　　　　　　　　　　Joanna Ardalan
　　　　　　　　　　　　　　　　　　　　　Peter R. Afrasiabi

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff,*
　　　　　　　　　　　　　　　　　　　　Backgrid USA, Inc.